UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rahsaan L. Thedford,

      Plaintiff,                                     Case No. 12-cv-12366

v.

                                                    Honorable Sean F. Cox
                                                    United States District Court Judge

St. Clair Shores Police Department,
Margaret Eidt,

      Defendants.

_____/

## ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL [DOCKET ENTRY NOS. 36–37]

In this civil action, pro se Plaintiff Rahsaan Thedford ("Thedford") filed two Motions for Appointment of Counsel. (Docket Entries No. 36–37.) In his motions, Thedford contends that he has filed this action alleging various violations of his constitutional rights and has received numerous documents from the Defendants, which he does not understand because he is a "layman of law with no form of training in this particular field." (Docket Entry No. 36, at 2; Docket Entry No. 37, at 2.)

The Court finds that the issues have been adequately presented in the parties' briefs and that oral argument would not significantly aid the decision making process. *See* Local Rule 7.1(f)(2), U.S. District Court, Eastern District of Michigan. The Court therefore orders that the motion will be decided on the briefs.

There is no constitutional right to the appointment of counsel in civil cases and the Court has

broad discretion in determining whether counsel should be appointed. *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987). Typically, the Court appoints counsel in a civil action only under exceptional circumstances and, in any event, only after the claims have survived a dispositive motion. There are no exceptional circumstances in this case that would warrant the appointment of counsel at this time, and Thedford's claims have not yet been tested by a dispositive motion. Therefore, the Court **DENIES** Thedford's request for appointment of counsel without prejudice.

    **IT IS SO ORDERED**.

Dated: March 13, 2013

S/ Sean F. Cox
Sean F. Cox
U. S. District Court Judge

I hereby certify that on March 13, 2013, the foregoing document was served upon counsel of record by electronic means and upon Rahsaan L. Thedford by First Class Mail at the address below:

Rahsaan L Thedford
23693 E. Scott
Clinton Township, MI 48036

Dated: March 13, 2013

S/ J. McCoy
Case Manager