UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rahsaan L. Thedford,

    Plaintiff,

v.                                                                                          Case No. 12-12366

St. Clair Shores Police Department, *et al.*,           Honorable Sean F. Cox

    Defendants.
_____/

## JUDGMENT

For the reasons set forth in an Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

Dated: May 16, 2013                        s/ Sean F. Cox
                                                      Sean F. Cox
                                                      U. S. District Court Judge

I hereby certify that on May 16, 2013, the foregoing document was served upon counsel of record by electronic means and upon Rahsaan L. Thedford by First Class Mail at the address below:

Rahsaan L Thedford
23693 E. Scott
Clinton Township, MI 48036

Dated: May 16, 2013                        s/ J. McCoy
                                                      Case Manager